# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

**David E. Patton**
*Executive Director*

*Southern District of New York*
**Jennifer L. Brown**
*Attorney-in-Charge*

July 18, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to December 6, 2023, at 3:00 p.m. The Clerk of Court is directed to terminate Doc. #27.
>
> SO ORDERED.
>
> [signature]
>
> July 19, 2023

Re:   **United States v. Alvin Velez**
       **23 Cr. 325 (JMF)**

Dear Judge Furman:

We write with the consent of the government to request a 60-day adjournment of Alvin Velez's sentencing, which is currently scheduled for October 5, 2023, and a corresponding extension of the sentencing submission deadlines. This is Mr. Velez's first request for an adjournment of his sentencing.

An adjournment is necessary to ensure the effective representation of Mr. Velez at his sentencing by permitting us adequate time to gather relevant records, including records from a foreign country that will likely be difficult to obtain.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox
Federal Defenders of New York
(212) 417-8721

cc:   Counsel of record